UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN PEREZ,
    Plaintiff,
v.                                 Case No.: 6:17-cv-1058-Orl-37-KRS
KAI JIE INC. D/B/A CRYSTAL BUFFET,
a Florida Corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through his undersigned attorney, pursuant to Rule 41(a)(1)(A)(i), hereby files his voluntary dismissal of the above-styled action and asserts that Defendant has not been served, and has not filed an answer nor a motion for summary judgment.

I HEREBY CERTIFY that the original of the foregoing has been filed with the court this 18th day of July, 2017.

                                              /s/ Joseph C. Wood, Esq.
                                              Joseph C. Wood, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of July, 2017, electronically filed the foregoing using the CMF/ECF system.

                                              Arcadier and Associates, P.A.

                                              /s/Joseph C. Wood ,Esquire
                                              Maurice Arcadier, Esquire
                                              Florida Bar No. 0131180
                                              Stephen Biggie, Esquire
                                              Florida Bar No. 0084035
                                              Joseph C. Wood, Esquire
                                              Florida Bar No.: 0093839
                                              2815 W. New Haven, Suite 304
                                              Melbourne, Florida 32904
                                              Primary Email:
                                              office@wamalaw.com
                                              Secondary Email:
                                              wood@wamalaw.com
                                              Phone: (321) 953-5998